# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

SILVANNA D. WHITWORTH,

                Petitioner,

     v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

             Respondent.

Case No. 2:11-cv-00216-MHW

**JUDGMENT**

On September 24, 2012, the Court entered a Memorandum Decision and Order **DISMISSING** Petitioner's Petition for Review (Dkt. 1).  Pursuant to that Order, Judgment is hereby entered in favor of Respondent.

DATED: September 24, 2012

_____
Honorable Mikel H. Williams
United States Magistrate Judge

**JUDGMENT - 1**